# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
CANTELO SR., DONALD P § Case No. 13-05149
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE COURT
219 South Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 12/06/2013 in Courtroom ,

Joliet City Hall
150 West Jefferson, 2nd Floor
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/29/2013     By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    §
                                          §
CANTELO SR., DONALD P                     §        Case No. 13-05149
                                          §
_____Debtor(s)_____                §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,500.00 |
| and approved disbursements of | $ | 23.26 |
| leaving a balance on hand of[1] | $ | 12,476.74 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 2,000.00 | $ 0.00 | $ 2,000.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 42.11 | $ 0.00 | $ 42.11 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,042.11 |
| Remaining Balance | $ 10,434.63 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,589.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 76.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 1,121.68 | $ 0.00 | $ 861.26 |
| 000002 | FIA CARD SERVICES, N.A. | $ 12,325.14 | $ 0.00 | $ 9,463.58 |
| 000003 | Nicor Gas | $ 142.99 | $ 0.00 | $ 109.79 |
| | Total to be paid to timely general unsecured creditors | | $ | 10,434.63 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-05149-BWB
Donald P Cantelo, Sr.                                               Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina              Page 1 of 2              Date Rcvd: Oct 30, 2013
                              Form ID: pdf006            Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2013.
```
db           +Donald P Cantelo, Sr.,    19219 Revere Road,    Mokena, IL 60448-1905
20029180     +A+ Exhaust Hood & Duct Cleaning Inc,    P. O. Box 656,   Westmont, IL 60559-0656
20029181     +ADT Security Services, Inc.,    14200 East Exposition Avenue,   Aurora, CO 80012-2540
20029184      AT&T Universal Card,    P. O. Box 6500,   Sioux Falls, SD 57117-6500
20029182     +Alpha Bread Company,    36230 Treasury Center,   Chicago, IL 60694-6200
20029183     +Americare,    225 Laura Drive,   Addison, IL 60101-5017
20029185     +B&E Services,    P. O. Box 2155,   Northbrook, IL 60065-2155
20029186    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    P. O. Box 982235,   El Paso, TX 79998-2235)
20029188      BMO Harris Bannk, NA,    P. O. Box 94033,   Palatine, IL 60094-4033
20029187     +Bella Brew Coffee & Beverage,    5002 West 123rd Street,   Alsip, IL 60803-3104
20029189     +Burbank Dairy Service,    P. O. Box 493,   Tinley Park, IL 60477-0493
20029190      Capital One,    P. O. Box 30285,   Salt Lake City, UT 84130-0285
20029191     +Chef's Quality Meats,    3405 West 159th Street,    Markham, IL 60428-4009
20029192     +Chicago Backflow, Inc.,    12607 South Laramie Avenue,   Alsip, IL 60803-3225
20029193     +Cintas Corporation #344,    P. O. Box 7759,   Romeoville, IL 60446-0759
20029195     +Culligan Water Conditioning,    9400 Enterprise Drive,   Mokena, IL 60448-8321
20029198   ++++EISEN FEY & ASSOCIATES,    20855 S LA GRANGE RD STE 202,   FRANKFORT IL 60423-2042
             (address filed with court: Eisen Fey & Associates,    655 North Lagrange Road, Suite 202,
              Frankfort, IL 60423)
20029197     +Edna Weber,    819 East Camp Street,   East Peoria, IL 61611-2647
20689048     +FIA CARD SERVICES, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
20029200     +Filter Kleen,    8432 West 44th Place,   Lyons, IL 60534-1744
20029202     +IPM,    P. O. Box 328,   Palos Heights, IL 60463-0328
20029201     +Independent Property Management Inc,    c/o Gerald J. Sramek,   6446 West 127th Street,
              Palos Heights, IL 60463-2248
20029204     +John Mantas,    5420 West 159th Street,   Oak Forest, IL 60452-3226
20029205     +John Mantas,    c/o Kingsbury Pancake House,   5420 West 159th Street,   Oak Forest, IL 60452-3226
20029207     +LRF Knife,    Manau Cutlery, Inc.,   2533 South Western Avenue,   Chicago, IL 60608-4807
20029206     +Linda Ganzer,    1273 Cape Cod Lane,   Pingree Gove, IL 60140-2001
20029208     +Moneris Solutions USA,    Attn: Tom Hockney,   150 N Martingale Rd Ste 900,
              Schaumburg, IL 60173-2081
20029209     +Morris Estomee/EMI,    6865 North Lincoln Avenue,   Lincolnwood, IL 60712-4611
20029210      Nicor Gas,    P. O. Box 5407,   Carol Stream, IL 60197-5407
20029212     +P. I. Surveillance,    19219 Revere Road,   Mokena, IL 60448-1905
20029213     +Schultz Supply,    3215 South 59th Avenue,   Cicero, IL 60804-3805
20029214     +Sentry Pest Control, Inc.,    P. O. Box 597451,   Chicago, IL 60659-7451
20029216      Society Insurance,    P. O. Box 1029,   Fond Du Lac, WI 54936-1029
20029215     +Society Insurance,    Humbert Insurance Agency, Ltd.,   188 Industrial Drive, Suite 430,
              Elmhurst, IL 60126-1612
20029217     +Stratos Foods,    314 North Leavitt Street,   Chicago, IL 60612-1616
20029218     +Supreme Waffles, Inc.,    P. O. Box 455,   Lisle, IL 60532-0455
20029219     +Swanel Beverage,    P. O. Box 1186,   Hammond, IN 46325-1186
20029220     +TEC Foods, Inc.,    4300 West Ohio,   Chicago, IL 60624-1051
20029221      US Foods,    800 Supreme Drive,   Chicago, IL 60606
20029222      Valpak,    5101 West 159th Street,   Oak Forest, IL 60452-3432
20029223     +Vanderhyden Septic,    18340 South Leclaire,   Country Club Hills, IL 60478-4416
20029224     +Village of Mokena,    11004 Carpenter Street,   Mokena, IL 60448-1595
20029226     +Wells Fargo Home Mortgage,    P. O. Box 10335,   Des Moines, IA 50306-0335
20029227     +Will County Health Department,    501 Ella Avenue,   Joliet, IL 60433-2700
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20029194      E-mail/Text: legalcollections@comed.com Oct 31 2013 00:46:30      ComEd,   P. O. Box 6111,
              Carol Stream, IL 60197-6111
20029196      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2013 00:48:49      Discover,   P. O. Box 30943,
              Salt Lake City, UT 84130
20581916      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2013 00:48:49      Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
20924080     +E-mail/Text: bankrup@aglresources.com Oct 31 2013 00:39:11     Nicor Gas,   Po box 549,
              Aurora il 60507-0549
                                                                                              TOTAL: 4
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20029199*  ++++EISEN FEY & ASSOCIATES,    20855 S LA GRANGE RD STE 202,   FRANKFORT IL 60423-2042
             (address filed with court: Eisen Fey & Associates,    655 North Lagrange Road, Suite 202,
              Frankfort, IL 60423)
20029203*    +IPM,    P. O. Box 328,   Palos Heights, IL 60463-0328
20029211*    +Nicor Gas,    P. O. Box 5407,   Carol Stream, IL 60197-5407
20029225*    +Village of Mokena,    11004 Carpenter Street,   Mokena, IL 60448-1595
                                                                                    TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: nmolina              Page 2 of 2                  Date Rcvd: Oct 30, 2013
                              Form ID: pdf006            Total Noticed: 48
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2013                                    Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2013 at the address(es) listed below:
              David E Grochocinski    on behalf of Debtor Donald P Cantelo, Sr. lawyers@innovalaw.com,
               lawyers@innovalaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
                                                                                             TOTAL: 4