UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| CANTELO SR., DONALD P | § § | Case No. 13-05149 |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

      Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

      3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on                . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/Peter N. Metrou, Trustee_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | John Mantas c/o Kingsbury Pancake House 5420 West 159th Street Oak Forest, IL 60452 |  |  |  |  |  |
|  | Wells Fargo Home Mortgage P. O. Box 10335 Des Moines, IA 50306 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A+ Exhaust Hood & Duct Cleaning Inc P. O. Box 656 Westmont, IL 60559 | | | | | |
| | ADT Security Services, Inc. 14200 East Exposition Avenue Aurora, CO 80012 | | | | | |
| | AT&T Universal Card P. O. Box 6500 Sioux Falls, SD 57117-6500 | | | | | |
| | Alpha Bread Company 36230 Treasury Center Chicago, IL 60694 | | | | | |
| | Americare 225 Laura Drive Addison, IL 60101 | | | | | |
| | B&E Services P. O. Box 2155 Northbrook, IL 60065 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bannk, NA P. O. Box 94033 Palatine, IL 60094-4033 | | | | | |
| | Bella Brew Coffee & Beverage 5002 West 123rd Street Alsip, IL 60803 | | | | | |
| | Burbank Dairy Service P. O. Box 493 Tinley Park, IL 60477 | | | | | |
| | Capital One P. O. Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Chef's Quality Meats 3405 West 159th Street Markham, IL 60428 | | | | | |
| | Chicago Backflow, Inc. 12607 South Laramie Avenue Alsip, IL 60803 | | | | | |
| | Cintas Corporation #344 P. O. Box 7759 Romeoville, IL 60446 | | | | | |
| | ComEd P. O. Box 6111 Carol Stream, IL 60197-6111 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Culligan Water Conditioning 9400 Enterprise Drive Mokena, IL 60448-8321 | | | | | |
| | Edna Weber 819 East Camp Street East Peoria, IL 61611 | | | | | |
| | Eisen Fey & Associates 655 North Lagrange Road, Suite 202 Frankfort, IL 60423 | | | | | |
| | Eisen Fey & Associates 655 North Lagrange Road, Suite 202 Frankfort, IL 60423 | | | | | |
| | Filter Kleen 8432 West 44th Place Lyons, IL 60534 | | | | | |
| | IPM P. O. Box 328 Palos Heights, IL 60463 | | | | | |
| | Independent Property Management Inc c/o Gerald J. Sramek 6446 West 127th Street Palos Heights, IL 60463 | | | | | |
| | John Mantas 5420 West 159th Street Oak Forest, IL 60452 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LRF Knife Manau Cutlery, Inc. 2533 South Western Avenue Chicago, IL 60608 | | | | | |
| | Linda Ganzer 1273 Cape Cod Lane Pingree Gove, IL 60140 | | | | | |
| | Moneris Solutions USA Attn: Tom Hockney 150 N Martingale Rd Ste 900 Schaumburg, IL 60173 | | | | | |
| | Morris Estomee/EMI 6865 North Lincoln Avenue Lincolnwood, IL 60712 | | | | | |
| | Nicor Gas P. O. Box 5407 Carol Stream, IL 60197 | | | | | |
| | P. I. Surveillance 19219 Revere Road Mokena, IL 60448 | | | | | |
| | Schultz Supply 3215 South 59th Avenue Cicero, IL 60804 | | | | | |
| | Sentry Pest Control, Inc. P. O. Box 597451 Chicago, IL 60659 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Society Insurance Humbert Insurance Agency, Ltd. 188 Industrial Drive, Suite 430 Elmhurst, IL 60126 | | | | | |
| | Society Insurance P. O. Box 1029 Fond Du Lac, WI 54936-1029 | | | | | |
| | Stratos Foods 314 North Leavitt Street Chicago, IL 60612 | | | | | |
| | Supreme Waffles, Inc. P. O. Box 455 Lisle, IL 60532 | | | | | |
| | Swanel Beverage P. O. Box 1186 Hammond, IN 46325 | | | | | |
| | TEC Foods, Inc. 4300 West Ohio Chicago, IL 60624 | | | | | |
| | US Foods 800 Supreme Drive Chicago, IL 60606 | | | | | |
| | Valpak 5101 West 159th Street Oak Forest, IL 60452-3432 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vanderhyden Septic 18340 South Leclaire Country Club Hills, IL 60478 | | | | | |
| | Village of Mokena 11004 Carpenter Street Mokena, IL 60448 | | | | | |
| | Village of Mokena 11004 Carpenter Street Mokena, IL 60448 | | | | | |
| | Will County Health Department 501 Ella Avenue Joliet, IL 60433 | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| 000003 | NICOR GAS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-05149 BWB Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | CANTELO SR., DONALD P | Date Filed (f) or Converted (c): | 02/12/13 (f) |
|  |  | 341(a) Meeting Date: | 03/11/13 |
| For Period Ending: | 05/01/14 | Claims Bar Date: | 09/04/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtor's Residence: 19219 Revere Road, Mokena IL 6 | 275,000.00 | 0.00 |  | 12,500.00 | FA |
| 2. Checking account with Harris Bank | 39.00 | 0.00 |  | 0.00 | FA |
| 3. Checking account with Harris Bank | 50.00 | 0.00 |  | 0.00 | FA |
| 4. Household goods | 1,000.00 | 0.00 |  | 0.00 | FA |
| 5. Usual and ordinary clothing | 300.00 | 0.00 |  | 0.00 | FA |
| 6. Milford 32 Caliber pistol | 250.00 | 0.00 |  | 0.00 | FA |
| 7. Life insurance with ING - wife is beneficery (face | 15,045.17 | 0.00 |  | 0.00 | FA |
| 8. The Heating and Cooling Mart, Inc. - 50% sharehold | Unknown | 0.00 |  | 0.00 | FA |
| 9. Golden Oak Restaurant & Waffle House, Inc.- 100% s | Unknown | 0.00 |  | 0.00 | FA |
| 10. 2007 Ford Mustang | 7,975.00 | 0.00 |  | 0.00 | FA |
| 11. Computer | 50.00 | 0.00 |  | 0.00 | FA |
| 12. Pet | Unknown | 0.00 |  | 0.00 | FA |
| 13. Lawn mower, patio furniture, gardening tools | 500.00 | 0.00 |  | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $300,209.17    $0.00    $12,500.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Distribution made, zero balance bank stmt rec'd - ready for TDR

Initial Projected Date of Final Report (TFR): 09/30/13    Current Projected Date of Final Report (TFR): 09/30/13

LFORM1    Ver: 17.05d

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-05149 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | CANTELO SR., DONALD P | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0973  Checking Account |
| Taxpayer ID No: | *******0678 | | | |
| For Period Ending: | 05/01/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/10/13 | 1 | DONALD P CANTELO, SR. | BUYOUT OF RE INT | 1210-000 | 12,500.00 | | 12,500.00 |
| 07/15/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE 6/13 | 2600-000 | | 10.00 | 12,490.00 |
| 08/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE 7/13 | 2600-000 | | 13.26 | 12,476.74 |
| 12/10/13 | 001001 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 2,042.11 | 10,434.63 |
| | | | Fees         2,000.00 | 2100-000 | | | |
| | | | Expenses        42.11 | 2200-000 | | | |
| 12/10/13 | 001002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 76.78304% | 7100-000 | | 861.26 | 9,573.37 |
| 12/10/13 | 001003 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Claim 000002, Payment 76.78274% | 7100-000 | | 9,463.58 | 109.79 |
| 12/10/13 | 001004 | Nicor Gas<br>Po box 549<br>Aurora il 60507 | Claim 000003, Payment 76.78159% | 7100-000 | | 109.79 | 0.00 |

Page Subtotals        12,500.00        12,500.00

Ver: 17.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-05149 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | CANTELO SR., DONALD P | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0973 Checking Account |
| Taxpayer ID No: | *******0678 | | |
| For Period Ending: | 05/01/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 12,500.00 | 12,500.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 12,500.00 | 12,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 12,500.00 | 12,500.00 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account - *******0973 | | 12,500.00 | 12,500.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 12,500.00 | 12,500.00 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 17.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*